IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-27

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| OLUWADAMILARE KOLAOGUNBULE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's motion for return of property [D.E. 87] not later than May 15, 2026.

SO ORDERED. This 30 day of March, 2026.

_____
JAMES C. DEVER III
United States District Judge