IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-27-D

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          **ORDER**
                                  )
OLUWADAMILARE KOLAOGUNBULE,        )
                                  )
            Defendant.            )

For the reasons stated in the United States' response in opposition [D.E. 92], the court

DENIES defendant's pro se motion for return of property [D.E. 87].

SO ORDERED. This 18 day of May, 2026.

JAMES C. DEVER III
United States District Judge